# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| JAMES W. MORGAN, | : | Case No. 1:21-cv-481 |
| Plaintiff, | : | |
| | : | Judge Matthew W. McFarland |
| v. | : | |
| INTERSTATE RESOURCES, INC., | : | |
| Defendant. | : | |

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED:** That the Court GRANTS Defendant Interstate Resources, Inc.' s Motion for Summary Judgment (Doc. 45) and TERMINATES this matter from its docket.

Dated: September 26, 2023.               Richard W. Nagel, Clerk of Court
                                          By: */s/ Kellie A. Fields*
                                               Deputy Clerk