# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **JAMES W. MORGAN,** | : | |
| | : | |
| Plaintiff, | : | Case No. 1:21-cv-481 |
| | : | |
| v. | : | Judge Matthew W. McFarland |
| | : | |
| **INTERSTATE RESOURCES, INC.,** | : | |
| | : | |
| Defendants. | : | |

## DEFENDANT INTERSTATE RESOURCES, INC.'S BILL OF COSTS

In accordance with the judgment entered in favor of Defendant Interstate Resources, Inc. ("Defendant") on September 26, 2023, Defendant herewith submits its Bill of Costs, which is attached hereto as **Exhibit A**. Also attached to the Bill of Costs are the invoices for transcripts and receipts for service and court fees.

This 23rd day of October, 2023.

>  */s/ V. Phillip Hill IV*
> Chad A. Shultz*
> V. Phillip Hill IV*
> **GORDON REES SCULLY MANSUKHANI, LLP**
> 55 Ivan Allen Jr. Blvd., NW
> Suite 750
> Atlanta, Georgia 30308
> (404) 869-9054
> cschultz@grsm.com
> phill@grsm.com
> *Attorneys for Defendant*
>
> * Pro Hac Vice

## CERTIFICATE OF SERVICE

      I hereby certify that on October 23, 2023, a copy of the foregoing was sent via the Court's CM/ECF via the ECF/CM system which will provide a copy to all parties of record as follows:

George M. Ruel, Jr.
Freking Meyers & Ruel
600 Vine St Suite 900
Cincinnati, OH 45202
P: 513-721-1975
F: 513-651-2570
greul@fmr.law
*Attorney for Plaintiff*

                                              */s/ V. Phillip Hill IV*
                                              COUNSEL