# Exhibit A

AO 133    (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

JIM W. MORGAN

        v.

INTERSTATE RESOURCES, INC.

)
)
)
)
)

Case No.: 1:21-cv-481

## BILL OF COSTS

Judgment having been entered in the above entitled action on   09/26/2023   against   PLAINTIFF   ,

                                           *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................. $ | 400.00 |
| Fees for service of summons and subpoena ............................................ | 344.18 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 4,205.35 |
| Fees and disbursements for printing ................................................ | |
| Fees for witnesses *(itemize on page two)* ........................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. .............................................. | |
| Docket fees under 28 U.S.C. 1923 ................................................ | |
| Costs as shown on Mandate of Court of Appeals ........................................ | |
| Compensation of court-appointed experts ............................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* .................................................... | |
| TOTAL   $ | 4,949.53 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

| Declaration |
|---|

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[x]  Electronic service         [ ]  First class mail, postage prepaid

[ ]  Other:

    s/ Attorney:    */s/ V. Phillip Hill IV*

        Name of Attorney:   V. Phillip Hill IV

For:       DEFENDANT INTERESTATE RESOURCES, INC.        Date:   10/23/23

            *Name of Claiming Party*

| Taxation of Costs |
|---|

Costs are taxed in the amount of                        and included in the judgment.

            *Clerk of Court*               By:             *Deputy Clerk*             *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# FEES OF THE CLERK

# GORDON & REES, LLP
## *Accounting Department Check Request*

Today's Date:  9/17/2021

Date & Time
Required:  9/17/2021

☒ General Account   ☐ Trust Account   ☐ Wire Transfer   ☐ Foreign Draft

**Account No:** _____   **Amount**  $400.00

**Client Matter No.**  DSSMTH-1241839   **Currency** _____

**Matter Name:**  Jim Morgan   (if not USD)

**Payable To:**  US District Court Clerk

**Address:**  100 East Fifth Street

Cincinnati, OH 45202

**Tax ID # (if known)** _____

Practice Group:  COMMLIT   Please specify _____

Billing Code  1300   Please specify _____

Requested By:  Viktorija Zdraveve   Return to:  Rebecca Ros (Columbus)e

☐ E-Mail when ready
☒ Send Via Interoffice Mail – Floor  _____

Billing Attorney  Chad A. Shultz
(1st Initial Last Name)

Approved By (✗):  VZ
(Atty. initials or initialed invoice)

**Narrative**: Please specify text you wish to appear on client statement
(required)

Filing fees for P. Hill and C. Shultz Motions for Admission Pro Hac Vice

**Attached:**

☐ Invoice  #  _____   ☐ Other (add explanation)

| *Other Explain:* | |
|---|---|
| *Wire Instructions* | Bank Name: |
| | Account # |
| | SWIFT # |
| | ABA Routing # |

# FEES FOR SERVICE OF SUMMONS AND SUBPOENA

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

# CiOX
HEALTH

# INVOICE

| | |
|---|---|
| Invoice #: | **0392430172** |
| Date: | **10/24/2022** |
| Customer #: | **2229403** |

| Ship to: | Bill to: | Records from: |
|---|---|---|
| MEDICAL RECORDS<br>GORDON REES SCULLY ETAL<br>55 IVAN ALLEN JR BLVD NW<br>STE 750<br>ATLANTA,GA 30308-3134 | MEDICAL RECORDS<br>GORDON REES SCULLY ETAL<br>55 IVAN ALLEN JR BLVD NW<br>STE 750<br>ATLANTA,GA 30308-3134 | TPP NORTHCREEK FAMILY<br>PRACTICE<br>8240 NORTHCREEK DR<br>STE 1400<br>CINCINNATI,OH 45236-2379 |

**Requested By:** GORDON REES SCULLY ETAL     **DOB :**     08/27/1958
**Patient Name:** MORGAN JAMES

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 21.65 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 3 | 10 | 1.42 | 14.20 |
| Per Page Copy (Paper) 1 | 531 | 0.29 | 153.99 |
| Per Page Copy (Paper) 2 | 40 | 0.73 | 29.20 |
| Shipping | | | 8.72 |
| Subtotal | | | 227.76 |
| Sales Tax | | | 20.27 |
| Invoice Total | | | 248.03 |
| Balance Due | | | 248.03 |

| **Terms: Net 30 days** | **Please remit this amount : $248.03(USD)** |
|---|---|

------------------------------✂------------------------------------------------------------------------------------

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Get future medical records as soon as they are processed,
by signing up for secure electronic delivery.
Register at: https://edelivery.cioxhealth.com

| | |
|---|---|
| Invoice #: | **0392430172** |
| Check # | _____ |
| Payment Amount $ | _____ |

## Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

12/14/2022 7:04:49 AM -0500 FAXCOM                                    PAGE 1   OF 1

*PREPAYMENT REQUIRED*

**MRO**                          **Invoice**
1000 Madison Avenue, Suite 100        62502226
Norristown, PA 19403             November 29, 2022



                                        Phone: (610) 994-7500 Opt. 1
                                        Fax:   (610) 962-8421

**V. Phillip Hill IV, Esq.**
Gordon Rees Scully Mansukhani, LLP
55 Ivan Allen Jr Blvd NW
Suite 750
Atlanta, GA 30308

On **11/16/2022** the following healthcare provider received your request for copies of medical records:

**Bethesda North Hospital**
10500 Montgomery Road
Cincinnati, OH 45242

You requested records for: JAMES MORGAN

This is your invoice for providing the copies of the medical records.

Your Reference ID:
CGPROF-1241839

MRO Request ID:   62502226

MRO Online Tracking Number:  BTNHY7FWSJ9XH

**You can track and pay for your request online at:**
**www.roilog.com**

| Fees | |
|---|---|
| Search and Retrieval Fee: | $21.65 |
| Number of Pages: | 1 |
| Tier 1: | $0.00 |
| Tier 2: | $0.00 |
| Tier 3: | $0.00 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $0.00 |
| Adjustments: | $0.00 |
| Postage: | $0.00 |
| Sales Tax: | $0.00 |
| TOTAL: | $21.65 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $0.00) |
| **BALANCE DUE:** | $21.65 |

Records consisting of more than 75 pages may
be sent on CD-ROM.                    **PAYMENT**

Cancelled requests or unpaid invoices may be
subject to a cancellation fee.

*You may pay this invoice online at:*
**www.roilog.com**
*You can send a check to:*
**MRO**
P.O. Box 6410,
Southeastern, PA 19398-6410

MRO Tax ID (EIN): 01-0661910

*Please write the Invoice # on the check or
return this invoice with the payment.*

By proceeding with this order, you are representing that you: have reviewed, understood, and approved the charges; have agreed to pay them; and have agreed to the following terms. Any dispute relating to the charges in this invoice must be presented before proceeding with this order. Any dispute not so presented is waived. Presentation of a dispute must be made by telephone (610) 994-7500 Opt. 1. All disputes regarding the charges in this invoice, whether presented by you or by MRO, must be resolved by arbitration under the Federal Arbitration Act through one or more neutral arbitrators before the American Arbitration Association (AAA). Your dispute will be resolved by the arbitrators, and not by a judge or a jury. Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative or member of a class. An arbitrator may not consolidate your dispute with the dispute of anyone else nor preside over any form of class proceeding. Upon request by you at the time a dispute is presented, MRO will pay the AAA fee for arbitration of your dispute.

**Please contact MRO at (610) 994-7500 Opt. 1 for any questions regarding this invoice.**
**MRO is the medical copy request processor for:**
**Bethesda North Hospital.**

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

# CIOX
HEALTH
## INVOICE

Invoice #: **0400370649**
Date: **01/12/2023**
Customer #: **2229403**

| Ship to: | Bill to: | Records from: |
|---|---|---|
| GORDON REES SCULLY ETAL<br>GORDON REES SCULLY ETAL<br>55 IVAN ALLEN JR BLVD NW<br>STE 750<br>ATLANTA,GA 30308-3134 | GORDON REES SCULLY ETAL<br>GORDON REES SCULLY ETAL<br>55 IVAN ALLEN JR BLVD NW<br>STE 750<br>ATLANTA,GA 30308-3134 | THI MONTGOMERY<br>10506A MONTGOMERY RD<br>SUITE 301<br>CINCINNATI,OH 45242 |

**Requested By:** GORDON REES SCULLY ETAL     **DOB :**     08/27/1958
**Patient Name:** MORGAN JAMES

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 21.65 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 40 | 0.73 | 29.20 |
| Per Page Copy (Paper) 2 | 10 | 1.42 | 14.20 |
| Shipping | | | 3.36 |
| Subtotal | | | 68.41 |
| Sales Tax | | | 6.09 |
| Invoice Total | | | 74.50 |
| Balance Due | | | 74.50 |

**Terms: Net 30 days**     **Please remit this amount : $74.50(USD)**

---

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Get future medical records as soon as they are processed,
by signing up for secure electronic delivery.
Register at: https://edelivery.cioxhealth.com

Invoice #:     **0400370649**

Check #_____

Payment Amount $_____

## Please return stub with payment.

Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

# Court Reporter Invoices

# AMS DEPO

**Court Reporting Services**

BILL TO

**Chad A. Shultz, Esq.**
**Gordon Rees Scully Mansukhani**
**55 Ivan Allen Jr. Blvd., NW**
**Suite 750**
**Atlanta, GA  30308**

Registered Professional Reporters
Registered Merit Reporters
Certified Real Time Reporters

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/21/2022 | 9184 |

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| DS Smith | Net 30 | 10-10-22 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Copy of Transcript | 1 | 535.50 | 535.50 |
| Exh. Management, scanned by Counsel | | 0.00 | 0.00 |
| E-Transcript e-mailed 10-17-22 | | 0.00 | 0.00 |
| | | | |
| JAMES W. MORGAN vs. | | | |
| DS SMITH HOLDINGS | | | |
| 1:21-CV-481 | | | |
| | | | |
| Depo of:  THOMAS JAKOBSEN | | | |
| Taken:  10-4-22 | | | |
| Reporter:  CLB | | | |

| SS#  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 | **Total** | $535.50 |
|---|---|---|

**Make Check Payable to:  AMS Depo**
**P.O. Box 58641 * Cincinnati, Ohio 45258-8641**
**Phone: (513) 941-9464  Fax (513) 941-4092**
**E-Mail amsdepo@fuse.net**

# AMS DEPO

### Court Reporting Services

BILL TO

**Chad A. Shultz, Esq.**
**Gordon Rees Scully Mansukhani**
**55 Ivan Allen Jr. Blvd., NW**
**Suite 750**
**Atlanta, GA 30308**

Registered Professional Reporters
Registered Merit Reporters
Certified Real Time Reporters

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/21/2022 | 9176 |

| FILE NUMBER | TERMS | DEPONENT |
|-------------|-------|----------|
| DS Smith | Net 30 | 8-29-22 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Copy of Transcript | 1 | 252.00 | 252.00 |
| Exh. Management, scanned by Counsel | | 0.00 | 0.00 |
| E-Transcript e-mailed 10-3-22 | | 0.00 | 0.00 |
| | | | |
| JAMES W. MORGAN vs. | | | |
| DS SMITH HOLDINGS | | | |
| 1:21-CV-481 | | | |
| | | | |
| Depo of: NIELS FLIERMAN | | | |
| Taken: 8-29-22 | | | |
| Reporter: AMS | | | |

| SS# 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 | **Total** | $252.00 |
|-----------------|-----------|---------|

**Make Check Payable to: AMS Depo**
**P.O. Box 58641 * Cincinnati, Ohio 45258-8641**
**Phone: (513) 941-9464 Fax (513) 941-4092**
**E-Mail amsdepo@fuse.net**

## AMS DEPO

### Court Reporting Services

BILL TO

**Chad A. Shultz, Esq.**
**Gordon Rees Scully Mansukhani**
**55 Ivan Allen Jr. Blvd., NW**
**Suite 750**
**Atlanta, GA  30308**

Registered Professional Reporters
Registered Merit Reporters
Certified Real Time Reporters

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/21/2022 | 9178 |

| FILE NUMBER | TERMS | DEPONENT |
|-------------|-------|----------|
| DS Smith | Net 30 | 8-30-22 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Copy of Transcript | 1 | 327.60 | 327.60 |
| Exh. Management, scanned by Counsel | | 0.00 | 0.00 |
| E-Transcript e-mailed 9-20-22 | | 0.00 | 0.00 |
| | | | |
| JAMES W. MORGAN vs. | | | |
| DS SMITH HOLDINGS | | | |
| 1:21-CV-481 | | | |
| | | | |
| Depo of:  KEITH LEDBETTER | | | |
| Taken: 8-30-22 | | | |
| Reporter:  AMS | | | |

| SS# 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 | **Total** | $327.60 |
|-----------------|-----------|---------|

**Make Check Payable to:  AMS Depo**
**P.O. Box 58641 * Cincinnati, Ohio 45258-8641**
**Phone: (513) 941-9464  Fax (513) 941-4092**
**E-Mail amsdepo@fuse.net**



**AMS DEPO**

Court Reporting Services

Registered Professional Reporters
Registered Merit Reporters
Certified Real Time Reporters

BILL TO

Chad A. Schultz, Esq.
Gordon Rees Scully Mansukhani
55 Ivan Allen Jr. Blvd., NW
Suite 750
Atlanta, GA 30308

## Invoice

| DATE | INVOICE # |
|---|---|
| 10/21/2022 | 9180 |

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| DS Smith | Net 30 | 9-1-22 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Copy of Transcript | 1 | 255.25 | 255.25 |
| Exh. Management, scanned by Counsel | | 0.00 | 0.00 |
| E-Transcript e-mailed 10-3-22 | | 0.00 | 0.00 |
| | | | |
| JAMES W. MORGAN vs. | | | |
| DS SMITH HOLDINGS | | | |
| 1:21-CV-481 | | | |
| | | | |
| Depo of: STEFANO ROSSI | | | |
| Taken: 9-1-22 | | | |
| Reporter: AMS | | | |

Federal ID #: 20-2901299

| **Total** | $255.25 |
|---|---|

Make Check Payable to: AMS Depo
P.O. Box 58641 • Cincinnati, Ohio 45258-8641
Phone: (513) 941-9464 Fax (513) 941-4092
E-Mail amsdepo@fuse.net

# AMS DEPO

### Court Reporting Services

Registered Professional Reporters
Registered Merit Reporters
Certified Real Time Reporters

BILL TO

**Chad A. Shultz, Esq.**
**Gordon Rees Scully Mansukhani**
**55 Ivan Allen Jr. Blvd., NW**
**Suite 750**
**Atlanta, GA  30308**

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/5/2022 | 9189 |

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| DS Smith | Net 30 | 11-4-22 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Copy of Transcript | 1 | 469.35 | 469.35 |
| Exh. Management Scanned by Counsel | | 0.00 | 0.00 |
| E-Transcript e-mailed 11-26-22 | | 0.00 | 0.00 |
| | | | |
| JAMES MORGAN vs | | | |
| D.S. SMITH HOLDINGS | | | |
| 1:21-CV-481 | | | |
| | | | |
| Depo of:  MILES ROBERTS | | | |
| Taken: 11-4-22 | | | |
| Reporter:  AMS | | | |

| Federal ID #: 20-2901299 | **Total** | **$469.35** |
|---|---|---|

Make Check Payable to:  AMS Depo
P.O. Box 58641 * Cincinnati, Ohio 45258-8641
Phone: (513) 941-9464  Fax (513) 941-4092
E-Mail amsdepo@fuse.net

# AMS DEPO

### Court Reporting Services

BILL TO

**Chad A. Shultz, Esq.**
**Gordon Rees Scully Mansukhani**
**55 Ivan Allen Jr. Blvd., NW**
**Suite 750**
**Atlanta, GA 30308**

Registered Professional Reporters
Registered Merit Reporters
Certified Real Time Reporters

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/21/2022 | 9182 |

| FILE NUMBER | TERMS | DEPONENT |
|-------------|-------|----------|
| DS Smith | Net 30 | 9-13-22 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Copy of Transcript | 1 | 378.00 | 378.00 |
| Exh. Management, scanned by Counsel | | 0.00 | 0.00 |
| E-Transcript e-mailed 10-17-22 | | 0.00 | 0.00 |
| | | | |
| JAMES W. MORGAN vs. | | | |
| DS SMITH HOLDINGS | | | |
| 1:21-CV-481 | | | |
| | | | |
| Depo of: ADRIAN MARSH | | | |
| Taken: 9-13-22 | | | |
| Reporter: AMS | | | |

| SS# 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 | **Total** | $378.00 |
|-----------------|-----------|---------|

**Make Check Payable to: AMS Depo**
**P.O. Box 58641 * Cincinnati, Ohio 45258-8641**
**Phone: (513) 941-9464 Fax (513) 941-4092**
**E-Mail amsdepo@fuse.net**

# AMS DEPO

### Court Reporting Services

BILL TO

Registered Professional Reporters
Registered Merit Reporters
Certified Real Time Reporters

**Chad A. Shultz, Esq.**
**Gordon Rees Scully Mansukhani**
**55 Ivan Allen Jr. Blvd., NW**
**Suite 750**
**Atlanta, GA 30308**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/2/2023 | 9205 |

| FILE NUMBER | TERMS | DEPONENT |
|-------------|-------|----------|
| DS Smith | Net 30 | 10/13/22 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Copy of Transcript | 1 | 450.45 | 450.45 |
| Exh. Management by Counsel | | 0.00 | 0.00 |
| Transcript e-mailed 12-12-22 | | 0.00 | 0.00 |
| | | | |
| JAMES W. MORGAN vs. | | | |
| DS SMITH HOLDINGS | | | |
| 1:21-CV-481 | | | |
| | | | |
| Depo of: LOUISE BENTHAM | | | |
| Date: 10/13/22 | | | |
| Reporter: AMS | | | |

SS# 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

| **Total** | $450.45 |
|-----------|---------|

Make Check Payable to: AMS Depo
P.O. Box 58641 * Cincinnati, Ohio 45258-8641
Phone: (513) 941-9464  Fax (513) 941-4092
E-Mail amsdepo@fuse.net

# *Bruce Sandy,*
# *Focused Legal Video*

P.O. Box 836
Miamitown, Ohio 45041
(513) 600-6151

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/4/2022 | 22-129 |

| Bill To: |
|----------|
| Mr. Chad A. Shultz<br>Gordon Rees Scully Mansukhani, LLP<br>55 Ivan Allen Jr. Blvd. N.W.<br>Suite 750<br>Atlanta, GA 30308 |

| | |
|------|------|
| DATE TAKEN: | 10/4/2022 |
| DEPONENT: | Thomas Jakobsen |
| PLAINTIFF: | James W. Morgan |
| DEFENDANT: | DS Smith Holdings, Inc., et al |
| CLAIM NO.: | |
| Terms | Due on receipt |

| Description | Amount |
|-------------|--------|
| Appearance fee for videographer - Zoom | 403.75 |

| *Thank you for the opportunity!* | **Total** | $403.75 |
|----------------------------------|-----------|---------|

# *Bruce Sandy,*
# *Focused Legal Video*

P.O. Box 836
Miamitown, Ohio 45041
(513) 600-6151

# **Invoice**

| Date | Invoice # |
|------|-----------|
| 11/8/2022 | 22-153 |

| Bill To: |
|----------|
| Mr. Chad A. Shultz
Gordon Rees Scully Mansukhani, LLP
55 Ivan Allen Jr. Blvd. N.W.
Suite 750
Atlanta, GA 30308 |

| DATE TAKEN: | 11/4/2022 |
|-------------|-----------|
| DEPONENT: | Miles Roberts |
| PLAINTIFF: | James W. Morgan |
| DEFENDANT: | DS Smith Holdings, Inc., et al |
| CLAIM NO.: | |
| Terms | Due on receipt |

| Description | Amount |
|-------------|--------|
| Appearance fee for videographer - Zoom - 5.75 hours | 546.25 |

*Thank you for the opportunity!*

| **Total** | $546.25 |
|-----------|---------|

# GORDON & REES, LLP
## *Accounting Department Check Request*

Today's Date: 2/9/2023

Date & Time Required: _____

☒ General Account     ☐ Trust Account     ☐ Wire Transfer     ☐ Foreign Draft

**Account No:** _____     **Amount** $546.25

**Client Matter No.** CGPROF     **Currency** _____ (if not USD)

**Matter Name:** 1241839

**Payable To:** Sandy, Bruce
PO Box 836
MiamitownOH 45041

**Address:** _____
_____
_____

**Tax ID #  (if known)** _____

Practice Group: _____ Please specify _____

Billing Code _____ Please specify _____

Requested By: _____     Return to: Atlanta _____

☐ E-Mail when ready
☒ Send Via Interoffice Mail – Floor _____

Billing Attorney  C. Shultz
(1st Initial Last Name)

Approved By (✖): _____
(Atty. initials or initialed invoice)

**Narrative**: Please specify text you wish to appear on client statement
(required)

## Attached:

☒ Invoice  #  22-153     ☐ Other (add explanation)

| | |
|---|---|
| *Other Explain:* | |
| *Wire Instructions* | Bank Name: |
| | Account # |
| | SWIFT # |
| | ABA Routing # |

## Veritext Corporate Services LLC

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



| Bill To: | Chad Shultz | | |
|---|---|---|---|
| | Gordon Rees Scully Mansukhani LLP | **Invoice #:** | **6530610** |
| | 55 Ivan Allen Junior Blvd NW | **Invoice Date:** | **4/26/2023** |
| | Ste 750 | **Balance Due:** | **$587.20** |
| | Atlanta, GA, 30308 | | |

| **Case: Morgan v. Interstate Resouces (1:21cv481)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5636580   |   Job Date: 1/4/2023   |   Delivery: Normal

| | | Third Party: | Chubb Group of Insurance |
|---|---|---|---|
| Location: | Dayton, OH | Adjuster Email: | padraig.Flanagan@Chubb.com |
| Billing Atty: | Chad Shultz | Adjuster: | Padraig P. Flanagan |
| Scheduling Atty: | Chad Shultz | Gordon Rees Scully Mansukhani LLP | Claim #: | KY20K2641562-A |
| | | TPA: | None |

| Witness: Barry Nelson | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 80.00 | $4.29 | $343.20 |
| Attendance - Half Day | 1.00 | $0.00 | $0.00 |
| Witness Read and Sign Services | 1.00 | $35.00 | $35.00 |
| Litigation Package - Secure File Suite | 1.00 | $0.00 | $0.00 |
| Veritext Virtual Primary Participants | 1.00 | $209.00 | $209.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $0.00 | $0.00 |

| Notes: | Replaces Chubb invoice 6283175. Chubb has advised Veritext that there is an open SIR on this claim and are unable to pay Veritext. You will need to work with the Insured to have this processed. Please reach out to Chubb for questions on the open SIR | | |
|---|---|---|---|
| | | **Invoice Total:** | **$587.20** |
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$587.20** |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 6530610**
**Invoice Date: 4/26/2023**
**Balance Due: $587.20**

Pay by Credit Card: www.veritext.com